UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

RONALD LEE HARRISON and
BRENDA G. HARRISON

    Plaintiffs

v.                            Civil Action No.: 2:05-0411

GREGORY ADAMS
d/b/a BOB'S MOBILE HOMES,
SKYLINE CORPORATION,
GEORGIA-PACIFIC CORPORATION,
GREG SMITH, and
LIBERTY MUTUAL FIRE INSURANCE COMPANY

    Defendants

## JUDGMENT ORDER

    Pursuant to the memorandum opinion and order this day entered herein, it is ORDERED and ADJUDGED that the above-styled civil action be, and it hereby is, remanded to the Circuit Court of Jackson County, West Virginia.  It is further ORDERED that this action be stricken from the docket of the court.

    The Clerk is directed to forward copies of this order to all counsel of record and to the Clerk of the Circuit Court of Jackson County, West Virginia.

DATED: April 18, 2006

John T. Copenhaver, Jr.
United States District Judge